**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1372**

METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,

              Plaintiff – Appellee,

        v.

WALTER J. HOLLAND, JR.,

              Party-in-Interest/Defendant–Appellant,

        and

DAVID W. MCKAUGHAN,

              Defendant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, Senior District
Judge.  (1:10-cv-00690-WMN)

Submitted:  January 26, 2012      Decided:  February 2, 2012

Before WILKINSON, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert  L.  Siems,  LAW  FIRM  OF  ROBERT  L.  SIEMS,  Baltimore,
Maryland, for Appellant. Stacey A. Moffet, Richard J. Berwanger,
Jr., ECCLESTON & WOLF, P.C., Hanover, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter J. Holland, Jr. appeals the district court's order granting summary judgment for the Appellee on its claim for a declatory judgment.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Metro. Prop. and Cas. Ins. Co. v. Holland, No. 1:10-cv-00690-WMN (D. Md. Mar. 17, 2011).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED